ALAN HARRIS, ESQ. (SBN 146079)
**HARRIS & RUBLE**
5455 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone:   (323) 931-3777
Facsimile:(323) 931-3366
aharris@harrisandruble.com
dzelinski@harrisandruble.com

Attorneys for Plaintiff
HELEN KANG

REX S. HEINKE (SBN 66163)
DAMIEN P. DELANEY (SBN 246476)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   (310) 229-1000
Facsimile:   (310) 229-1001
rheinke@akingump.com
ddelaney@akingump.com

W. RANDOLPH TESLIK, P.C. (*pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW, Suite 1000
Washington, DC 20036
Telephone:  (202) 887-4000
Facsimile:   (202) 887-4288
RTESLIK@AKINGUMP.COM

Attorneys for Settling Defendants ALBERTSONS, LLC, erroneously sued as ALBERTSON'S INC., DBA AMERICAN DRUG STORES, INC., ALBERTSONS, INC., NEW ALBERTSONS, INC., AND SUPERVALU, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN KANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS, INC., a Delaware Corporation dba AMERICAN DRUG STORES, INC., et al.,<br><br>Defendants. | Case No. CV 07-0894 CAS (FFMx)<br><br>**ORDER OF PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS AND APPOINTMENT OF CLASS COUNSEL** |

WHEREAS, on March 24, 2008, Plaintiff Helen Kang ("Plaintiff") and Albertsons, Inc., Albertsons LLC, New Albertsons, Inc., and SuperValu, Inc. ("Settling Defendants") entered into a Stipulation of Settlement ("Settlement") intended to resolve the above-captioned action;

WHEREAS, the Stipulation of Settlement sets forth the terms and conditions of a proposed Settlement and dismissal of this action against Defendant;

WHEREAS, the Court has before it the parties' Joint Motion for Preliminary Approval of Settlement and Certification of Settlement Class and Plaintiff's Motion for Appointment of Class Counsel filed February 29, 2008, together with supporting materials;

WHEREAS, the Court has heard the attorneys for the Settling Parties with respect to the proposed Settlement of this action;

WHEREAS, the Court is satisfied that the terms set forth in the Settlement are the result of good faith, arms-length negotiations among Plaintiff and Settling Defendants, and experienced counsel for both Plaintiff and Settling Defendants; and

WHEREAS, the Court having conducted a hearing respecting the reasonableness of proceeding with this proposed Settlement, the Court now finds and Orders as follows:

### Conditional Certification of Settlement Class

1. Terms used in this Order have the meaning assigned to them in the Stipulation of Settlement.

2. For purposes only of the proposed Settlement, a Class defined as follows is conditionally certified pursuant to Federal Rule of Civil Procedure 23: All persons who were employed by Albertsons, Inc., whether in an Albertsons grocery store or a Sav-on Drug Store, by Albertsons, LLC, or by New Albertsons,

Inc., as an hourly, non-exempt pharmacist in California between November 21, 2002 and the date of this Order, and who do not file a timely request to be excluded from the Settlement.  In the event the proposed Settlement is not consummated for any reason, the conditional certification set forth in this paragraph shall be of no further force or effect.

### Appointment of Class Counsel

3.  The law firm of Harris & Ruble, and Alan Harris, Jonathan Ricasa, and David Zelinski of that firm have fairly and adequately represented the interests of the Class, will continue to do so and, pursuant to Federal Rule of Civil Procedure 23(g)(1), are appointed class counsel for purposes of representing the Class conditionally certified in the preceding paragraph of this Order.

### Preliminary Approval of Settlement

4.  Pursuant to Federal Rule of Civil Procedure 23(c)(2)(B) and (e)(1)(B), the provisions of the Settlement are hereby preliminarily approved, subject to further consideration thereof at the final approval hearing provided for below.  The Court finds that the Settlement is sufficiently within the range of reasonableness and that settlement is in the best interests of the Class, such that notice of the proposed Settlement should be given as provided in paragraph 5 of this Order.

### Notice to Class Members

5.  A Notice of Preliminary Approval and Final Approval Hearing and Right to Be Excluded from the Settlement ("Notice"), in the form attached to the Stipulation of Settlement as Exhibit B, shall be sent by the Qualified Settlement Administrator to all Class Members in a manner as agreed to by the Settling Parties in the Stipulation of Settlement.  Further, a Claim Form, in the form attached to the Stipulation of Settlement as Exhibit D, shall be included in the mailing of the Notice as provided in the Stipulation of Settlement.

6.     The Notice to be provided as set forth in this Order is hereby found to be the best means practicable of providing notice under the circumstances and, when completed, shall constitute sufficient notice of the Settlement, the Final Approval Hearing, and the right to be excluded from the settlement to all persons entitled to participate in the Settlement, pursuant to Federal Rule of Civil Procedure 23(c)(2)(B) and (e)(1)(B).

7.     Any member of the class who desires to exclude himself or herself from, or opt out of, this class action must postmark his or her notification of such intent, pursuant to instructions in the Notice, no later than 30 days from the date of mailing the Notice.

<u>The Final Approval Hearing</u>

8.     A hearing on final settlement approval (the "Final Approval Hearing") is hereby scheduled to be held before this Court on September 8, 2008 at 10:00 a.m. to consider the fairness, reasonableness, and adequacy of the proposed Settlement, Plaintiff's motion for the award of attorneys' fees, expenses and costs, the dismissal with prejudice of the class action with respect to Defendants, and the entry of the final judgment in this action.  The date and time of the Final Approval Hearing shall be set forth in the Notice.

9.     All papers in support of final approval shall be filed on or before August 18, 2008.  Plaintiff's motion for the award of attorneys' fees, expenses and costs shall be filed on or before August 18, 2008.

10.     Any Class Member may, but need not, submit comments or objections to the proposed Settlement.  All such comments and objections must be filed with the Clerk of the Court, in writing, no later than 30 days from the mailing date of the Notice, and copies of all such papers must be mailed or delivered to class counsel and Settling Defendants' counsel on or before the same

date. Settling Parties may respond to any comments or objections filed in accordance with the provisions of the Stipulation of Settlement.

11. Class Members wishing to be heard at the Final Approval Hearing are required to file written comments or objections and indicate in the writings their intention to appear at the hearing. Class Members need not appear at the Final Approval Hearing or take any other action to indicate their approval of the Settlement.

12. Any Class Member may, but need not, enter an appearance through his or her own attorney or may appear without an attorney.

Dated: April 7, 2008

*Christine A. Snyder*

Hon. Christina A. Snyder
United States District Court Judge

PROPOSED ORDER OF PRELIMINARY APPROVAL OF SETTLEMENT
AND CERTIFICATION OF SETTLEMENT CLASS