**0**

1  ALAN HARRIS, ESQ. (SBN 146079)
   **HARRIS & RUBLE**
2  5455 Wilshire Blvd., Suite 1800
   Los Angeles, California 90036
3  Telephone:  (323) 931-3777
   Facsimile:(323) 931-3366
4  aharris@harrisandruble.com
   dzelinski@harrisandruble.com
5
6  Attorneys for Plaintiff
   HELEN KANG
7
   REX S. HEINKE (SBN 66163)
8  DAMIEN P. DELANEY (SBN 246476)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
9  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
10 Telephone:  (310) 229-1000
   Facsimile:  (310) 229-1001
11 rheinke@akingump.com
   ddelaney@akingump.com
12
   W. RANDOLPH TESLIK, P.C. (*pro hac vice*)
13 **AKIN GUMP STRAUSS HAUER & FELD LLP**
   1333 New Hampshire Avenue, NW, Suite 1000
14 Washington, DC 20036
   Telephone:  (202) 887-4000
15 Facsimile:  (202) 887-4288
   RTESLIK@AKINGUMP.COM
16
   Attorneys for Settling Defendants
17 ALBERTSONS, LLC, erroneously sued as
   ALBERTSON'S INC., DBA AMERICAN
18 DRUG STORES, INC., ALBERTSONS, INC.,
   NEW ALBERTSONS, INC., AND
19 SUPERVALU, INC.

\_\_\_\_ Priority
\_\_\_\_ Send
\_\_\_\_ Clsd
\_\_\_\_ Enter
\_X\_\_ JS-5/JS-6
\_\_\_\_ JS-2/JS-3

20              UNITED STATES DISTRICT COURT
21              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  HELEN KANG, individually and on behalf of all others similarly situated, | Case No. CV 07-0894 CAS (FFMx) |
| 24              Plaintiff, | **JUDGMENT ON ORDER OF FINAL APPROVAL OF STIPULATION OF SETTLEMENT AND DISMISSING ACTION** |
| 25      v. | |
| 26  ALBERTSONS, INC., a Delaware Corporation dba AMERICAN DRUG STORES, INC., et al., | |
| 28              Defendants. | |

JUDGMENT ON ORDER OF FINAL APPROVAL OF STIPULATION OF SETTLEMENT AND DISMISSING ACTION

Proceedings regarding the Stipulation of Settlement and Amended Stipulation of Settlement ("Settlement") in the above-referenced action have been regularly conducted before this Court, the Honorable Christina A. Snyder, presiding. The Court, *inter alia,* fully considered plaintiff's Motion filed March 31, 2008 for Preliminary Approval of Settlement, Provisional Certification of Settlement Class, Approval of Class Notice, Claim Form and Form of Request for Exclusion from Settlement, and to Set Hearing for Final Approval of Settlement, including the [Proposed] Order of Preliminary Approval of Settlement, Certification of Settlement Class and Appointment of Class Counsel, [Proposed] Notice of Preliminary Approval of Settlement and Final Approval Hearing and Right to be Excluded from the Settlement and Claim Form, and [Proposed] Order of Final Approval of Settlement And Dismissing Action, amended on or about June 3, 2008, and, on April 7, 2008 and June 4, 2008 granted preliminary approval of the Settlement, conditionally certified the settlement class and appointed the firm of Harris & Ruble, and Alan Harris, Jonathan Ricassa, and David Zelinski of that firm as counsel for the settlement class. Further, after determining that the proposed Notice of Preliminary Approval of Settlement and Final Approval Hearing and Right to be Excluded from the Class and Claim Form met all constitutional and statutory requirements, including due process, the Court ordered that said notice and claim form be mailed in a manner in accordance with all constitutional and statutory requirements, including due process, and in accordance with the Court's Order granting preliminary approval of the Settlement. Said notice was mailed to all Class Members on or about June 6, 2008, and the Court received no objections to the proposed Settlement. Subsequently, and in accordance with the Court's Order of Preliminary Approval and Notice of Preliminary Approval and Final Approval Hearing and Right to be Excluded from the Settlement, the Court conducted a further hearing on

JUDGMENT ON ORDER OF FINAL APPROVAL OF STIPULATION OF SETTLEMENT AND DISMISSING ACTION

September 8, 2008 for the purpose of considering the properly noticed Motion for Final Approval of Settlement and the Motion of plaintiff Helen Kang for the award of attorneys' fees, expenses and costs. After fully considering all supporting papers, evidence, and arguments, and there being no objections filed or raised at the hearing, and having reviewed the Qualified Settlement Administrator's declaration concerning the giving of the Notice of Preliminary Approval and Final Approval Hearing and Right to be Excluded from the Settlement in accordance with the Court's Order, and having fully and carefully considered said matters, good cause appearing, the Court issued its Order of Final Approval of Settlement in the form attached hereto as Exhibit 1, finding said Settlement to be fair, adequate, and reasonable;

THEREFORE, THE COURT HEREBY ADJUDGES AND DECREES THAT JUDGMENT PURSUANT TO THE ORDER OF FINAL APPROVAL OF SETTLEMENT AND DISMISSING ACTION ATTACHED AND INCORPORATED HEREIN AS EXHIBIT 1 IS HEREBY MADE AND SHALL BE ENTERED BY THE CLERK PURSUANT TO THE TERMS AND CONDITIONS SET FORTH THEREIN.

Dated: _September 8, 2008_   _Christina A. Snyder_
Hon. Christina A. Snyder
United States District Court Judge